UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DARCY SHAW,<br><br>    Plaintiff,<br><br>v.<br><br>FOREST RIVER, INC,<br><br>    Defendant. | Case No. 3:22-CV-949 JD |

## ORDER

Before the Court is the parties' joint Rule 41(a)(1)(A) motion to dismiss the claims of plaintiff Darcy Shaw against defendant Forest River, Inc. with prejudice. (DE 16.) Rule 41 is the governing rule for voluntary dismissal of Ms. Shaw's claims, as their dismissal would result in the dismissal of the entire action. *See Taylor v. Brown*, 787 F.3d 851, 857 (7th Cir. 2015). The stipulated dismissal is signed by all parties who have appeared.

The motion to dismiss (DE 16) is **GRANTED**, and all claims are dismissed with prejudice. Because this dismissal resolves all claims, the Clerk of the Court is **DIRECTED** to close this case.

SO ORDERED.

ENTERED: July 25, 2023

                                                      /s/ JON E. DEGUILIO
                                                      Judge
                                                      United States District Court